IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., | ) ) ) |
| Plaintiff, | ) Case No.: 1:16-cv-01167-ELR ) |
| v. | ) ) |
| THERMOLIFE INTERNATIONAL, LLC AND RONALD KRAMER, | ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Comes now, Plaintiff Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), by and through the undersigned counsel, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1(A)(i) that Hi-Tech voluntarily dismisses its claims against Defendants ThermoLife International, LLC and Ronald Kramer without prejudice.

In doing so, Hi-Tech reserves the right to assert any and all claims related to this case and/or United States Patent Number 9,180,140 in other litigation with either or both Defendants.

This 12th day of July, 2018.

*S/Arthur W. Leach*
Arthur W. Leach
Georgia Bar No. 442025
C.L. Parker
Georgia Bar No. 722011
*Counsel for Hi-Tech Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Fax: 678-624-9852
Art@ArthurWLeach.com
CL@clparkerllc.com

2

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1C and 7.1D of the Northern District of Georgia, that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1C.  The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

                                                 *S/ Arthur W. Leach*
                                                 Arthur W. Leach
                                                 Georgia Bar No. 442025
                                                 The Law Office of Arthur W. Leach
                                                 5780 Windward Parkway, Suite 225
                                                 Alpharetta, Georgia 30005
                                                 Tel:404-786-6443
                                                 Art@ArthurWLeach.com
                                                 *Counsel for Hi-Tech Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 12th day of July 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Arthur W. Leach
Arthur W. Leach
Georgia Bar No. 442025
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel:404-786-6443
Art@ArthurWLeach.com
*Counsel for Hi-Tech Pharmaceuticals, Inc.*